**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL CASE 18-00050-CG** |
| | ) | |
| **DONALD LVIN NICHOLSON** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On this date the Court conducted a hearing for a determination of

Defendant's mental competency to stand trial pursuant to 18 U.S.C. § 4241.

Present during the hearing and in Court was the Defendant, Defense Counsel, and

Michele O'Brian for the United States.

Prior to the hearing, copies of the report containing the medical opinion of Dr.

Jeremiah Dwyer of the Federal Detention Center, Englewood, CO, were made

available and reviewed by the Court, counsel for Defendant and the United States.

Dr. Dwyer concluded that the Defendant, Donald Nicholson, is suffering from a

severe mental disease or defect that renders him unable to understand the nature

and consequences of the proceedings against him or to assist properly in his

defense. The Federal Medical Center's forensic staff further recommended that the

Defendant be committed for a period of mental health treatment under the

provisions of Title 18, U.S. Code, § 4241(d). No additional testimony, or other

expert opinions, were offered by either party.

Therefore, based on the evidence presented, the Court finds by a

preponderance of the evidence that the Defendant is presently suffering from a

mental disease or defect rendering him mentally incompetent to the extent that he

is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, pursuant to 18 U.S.C. §4241(d), the Court hereby commits the defendant to the custody of the United States Attorney General for a reasonable time, not to exceed four months[1], as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed. During this period, he is to undergo a thorough assessment to determine the specific nature of his mental disability and receive mental health treatment, which may include the administration of antipsychotic medications, to aid in improving his comprehension and retention.

  **DONE** and **ORDERED** this 6th day of September, 2018.

     /s/ Callie V. S. Granade
     SENIOR UNITED STATES DISTRICT JUDGE

---

[1] This time period shall not begin to run until the date the defendant arrives at the facility designated for treatment by the Attorney General.