# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **vs.** : | **CRIMINAL NO. 18-00050-CG** |
| : | |
| **DONALD LVIN NICHOLSON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This action is before the Court on Defendant Donald Lvin Nicholson's Motion to Continue (Doc. 43). According to defense counsel, Defendant is currently out of district and housed by the Bureau of Prisons at a facility for mental evaluation and treatment. Upon consideration, the undersigned finds that a continuance is appropriate in this case and that the ends of justice served by continuing this action outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(1)(A). Specifically, the undersigned finds that the request to continue this action while Defendant undergoes evaluation and treatment is reasonable under the circumstances. 18 U.S.C. § 3161(h)(1)(A). Accordingly, Defendant's motion to continue the pretrial conference and trial is **GRANTED.** For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(A).

This case is hereby continued indefinitely and is referred to United States Magistrate Judge Bradley Murray.

**DONE** this **18th** day of **December, 2018.**

            <u>  **/s/ SONJA F. BIVINS**  </u>
            **UNITED STATES MAGISTRATE JUDGE**